THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, | CASE NO. C20-0230-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON EQUIPMENT MANUFACTURING COMPANY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to stay as to Plaintiff's duty to defend (Dkt. No. 20). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion and STAYS this case pending the resolution of the underlying state court litigation between MTorres and Defendant. The parties are ORDERED to file a joint status report apprising the Court of the need to continue the stay no later than seven days from the date the underlying litigation concludes.

//

//

//

MINUTE ORDER
C20-0230-JCC
PAGE - 1

DATED this 18th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk