THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, | CASE NO. C20-0230-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON EQUIPMENT MANUFACTURING COMPANY, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously granted Defendant's motion to stay this matter pending resolution of the underlying state court litigation potentially triggering Plaintiff's duty defend. (*See* Dkt. No. 27.) Almost a year has elapsed since then, without word from the parties. Accordingly, the parties are ORDERED to file a joint status report apprising the Court of the status of the state court litigation within seven days of this order.

//

//

//

MINUTE ORDER
C20-0230-JCC
PAGE - 1

DATED this 3rd day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
