THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON EQUIPMENT<br>MANUFACTURING COMPANY, INC.,<br><br>　　　　　　Defendant. | CASE NO. C20-0230-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to lift the stay in this matter. (Dkt. No. 30.) Having thoroughly considered the parties' briefing and the relevant record, the Court hereby DENIES the motion. The parties are ORDERED to file a joint status report apprising the Court of the need to continue the stay no later than seven days from the date the underlying litigation concludes.

DATED this 2nd day of November 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C20-0230-JCC
PAGE - 1